**Order entered October 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00894-CV

### ERIC DRAKE, Appellant

### V.

### SUNHEE PI, CHONG PARK, AND KRISTINA KASTL, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-01374-E**

## ORDER
Before Justices Fillmore, Lewis, and Brown

Before the Court is the October 9, 2013 motion to dismiss filed by appellees Sunhee Pi and Chong Park. Appellees Pi and Park move to dismiss the appeal because the notice of appeal is untimely as to them. Appellant did not file a response to this motion.

A notice of appeal is due thirty days after the date the judgment is signed or ninety days after the date the judgment is signed if a party timely files a post-judgment motion that extends the appellate timetable. *See* TEX. R. APP. P. 26.1(a). Without a timely notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b). The judgment relating to appellees Pi and Park was signed on February 13, 2012. Appellant filed his notice of appeal on June 5, 2013, more than one year past the deadline.

Because the notice of appeal was untimely, this Court lacks jurisdiction over appellant's appeal as to appellees Pi and Park. Accordingly, we **GRANT** the motion and **DISMISS** this appeal as to appellees, Sunhee Pi and Chong Park. This appeal continues as to appellee Kristina Kastl.

/s/    ADA BROWN
        JUSTICE